BEFORE THE SECOND DIVISION, JULY 26, 1965

**No. 69466.**—Bloomingdale Bros. (a Div. of Fed. Dept. Stores, Inc.) *v.* United States, protest 64/8470 (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of electric coffee grinders and that said articles and the issues involved herein are analogous to those in *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), and *United States* v. *Electrolux Corporation* (46 CCPA 143, C.A.D. 718), the claim of the plaintiff was sustained.

**No. 69467.**—Toyoshima & Co., Inc., et al. *v.* United States, protests 63/13702, etc. (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic cases permanently fitted and furnished with traveling sets and following the principal established in Abstract 64484, the claim of the plaintiffs was sustained.